UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | ED CV 21-01188-DSF-DFM | Date: | July 28, 2021 |
|---|---|---|---|
| Title | Stacy Chavies v. Commissioner of Social Security | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

    Plaintiff Stacy Chavies, proceeding pro se, filed the complaint in this case on July 16, 2021. See Dkt. 1. She seeks this Court's review of the final decision of the Commissioner of Social Security denying in part her minor child's claim for Supplemental Security Income ("SSI") benefits. See id. at 2, 6.

    The general rule in the Ninth Circuit is that "a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer." Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997).

    However, some courts have found this general rule inapplicable to social security appeals. Machadio v. Apfel, 276 F.3d 103, 107 (2d Cir. 2002); Harris v. Apfel, 209 F.3d 413, 417 (5th Cir. 2000); Adams ex rel. D.J.W. v. Astrue, 659 F.3d 1297, 1301 (10th Cir. 2011). The Second Circuit articulated the exception in this manner: "Where a district court . . . determines that a non-attorney parent who brings an SSI appeal on behalf his or her children has a sufficient interest in the case and meets basic standards of competence, . . . a non-attorney parent may bring an action on behalf of his or her child without representation by an attorney." Machadio, 276 F.3d at 107.

    A parent can show a sufficient interest where he or she is personally responsible for the expenses associated with the child's alleged disability. See id. at 106-07. Further, a parent can show basic competence where he or she has represented the child in the administrative proceedings before the Commissioner. See id. at 108.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to (a) show good cause in writing, if any exists, why the Court should not dismiss the Complaint for violating the general rule that a parent who is not a lawyer cannot represent his or her child in federal court, or (b) file an amended complaint alleging sufficient facts for the Court to determine whether she has a sufficient interest in and basic competency to handle the litigation.

Plaintiff is reminded that under Rule 5.2 of the Federal Rules of Civil Procedure, papers filed with the Court should not contain any individual's full social security number or full birth date or any minor's full name. Filings may include <u>only</u> the last four digits of a social security number, the year of an individual's birth, and a minor's initials.

Finally, Plaintiff is advised that there are Pro Se Clinics designed to assist self-represented parties at each of the courthouses in the District. The courthouse nearest to Plaintiff's home address is the Riverside courthouse. The Pro Se Clinic in that courthouse is administered by a non-profit law firm, the Public Service Law Corporation. The Clinic is located in the George E. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, CA 92501. Ordinarily, the Clinic is open on Tuesdays and Thursdays from 10:00 am - 2:00 pm, but Plaintiff is advised to check the Court's website for updated information given the current public health situation. The clinic can also be reached by telephone at 951-682-7968.