UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-01188-DSF (DFM) | Date: | October 6, 2021 |
|---|---|---|---|
| Title | Stacy Chavies v. Commissioner of Social Security | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On July 28, 2021, the Court ordered Plaintiff to take one of two actions. See Dkt. 5. She could (a) show good cause in writing, if any existed, why her Complaint should not be dismissed for violating the general rule that a non-lawyer parent cannot represent her minor child in federal court, or (b) file an amended complaint alleging certain facts for the Court to determine whether she has a sufficient interest in and basic competency to handle the litigation. See id.

The Court set a deadline for her response of twenty-one (21) days from the date of that order. See id. That time has elapsed, and she has not responded.

Accordingly, she is ordered to show good cause in writing within **twenty-one (21) days** from the date of this order why the Court should not dismiss this action for her failure to prosecute it. She is warned that failure to respond to this order may result in dismissal of this action. A filing responsive to the Court's July 28, 2021 order is sufficient to discharge this order.