JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| STACY C., | No. ED CV 21-01188-DSF (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| COMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is DISMISSED without prejudice for failure to prosecute.

DATED: January 20, 2022

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE